## P. B. Cheaney, Appellee, v. L. A. Manewal, Appellant.
## (Not to be reported in full.)

Appeal from the City Court of East St. Louis; the Hon. W. M. VANDEVENTER, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by P. B. Cheaney against L. A. Manewal to recover as an attorney at law for legal services rendered in connection with the purchase of bakery and business. From a judgment for plaintiff for seven hundred and fifty dollars, defendant appeals.

E. W. EGGMAN and W. J. N. MOYERS, for appellant.

JOHNSON-JOHNSON and W. L. COLEY, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

ATTORNEY AND CLIENT, § 135*—*when fee of seven hundred and fifty dollars is not excessive.* Where an attorney at law is employed to render services in the purchase of a bakery company and is engaged almost constantly for a month in investigating the title, negotiating with a trustee in charge of the property, arranging with creditors of the company and attending to a large number of details about the business to obtain a safe purchase, which proves profitable to the client, under conflicting evidence as to the compensation agreed on and the value of the services a verdict for seven hundred and fifty dollars will be sustained.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.